# Birmingham Railway & Electric Co. v. Jones.

APPEAL from the City Court of Birmingham.
Tried before the Hon. CHAS. A. SENN.

WALKER, TILLMAN, CAMPBELL & WALKER, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

This was an action brought by the appellee, Bettie Jones, against the appellant, the Birmingham Railway & Electric Company, to recover damages for personal injuries, alleged to have been sustained by the plaintiff while alighting, as a passenger, from one of the defendant's street cars.

There was a judgment in favor of the plaintiff. The defendant made a motion for a new trial, which was overruled. From the judgment refusing to grant the motion for a new trial the defendant appeals, and assigns the rendition thereof as error.

Affirmed.                                    •

Opinion by DOWDELL, J.